No. 1049. FREDERICK C. TIEDT, PETITIONER, *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. April 8, 1912. Petitioner for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Fred W. Bentley* for the petitioner. *Mr. Robert Dunlap* and *Mr. J. L. Coleman* for the respondent.

---

No. 1054. MARIA A. EVANS, EXECUTRIX, ETC., PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY; No. 1055. STEPHEN M. WELD, PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY; No. 1056. THEOPHILUS PARSONS, PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY; No. 1057. ALBERT S. BIGELOW, PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY; No. 1058. WILLIAM M. CONANT, PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY; and No. 1059. RUSSELL S. CODMAN, PETITIONER, *v.* KNICKERBOCKER TRUST COMPANY. April 8, 1912. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Felix Rackemann* for the petitioners in Nos. 1054, 1055, 1056, 1058 and 1059. *Mr. Burton E. Eames* for the petitioner in No. 1057. *Mr. Julien T. Davies* and *Mr. John G. Milburn* for the respondent.